UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 08-8236 PSG (SHx) | Date | March 12, 2009 |
|---|---|---|---|
| Title | Leon Garr v. OneUnited Bank, et al. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                                 Not Present

**Proceedings:**     **(In Chambers) Order Remanding Action to State Court**

On December 15, 2008, this action was removed to this Court on the basis of federal question jurisdiction. On February 17, 2009, the Court issued an Order to Show Cause ("OSC") why this action should not be remanded to state court because it appeared that Plaintiff's claims did not arise under federal law.

Removal was based upon Plaintiff's claim for violation of the Gramm-Leach Bliley Act ("GLBA"), 15 U.S.C. § 6801. However, no private right of action exists for violation of the GLBA. *E.g., Dunmire v. Morgan Stanley DW, Inc.*, 475 F.3d 956, 960 (8th Cir. 2007). The parties agree that the case should be remanded on this ground. Accordingly, this action is hereby REMANDED for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**